IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| GEORGE W. BURKHARDT | : | CIVIL ACTION NO.1:15-cv-1738 |
| --- | --- | --- |
| Petitioner | : | (Judge Kane) |
|  | : | (Magistrate Judge Saporito) |
| v. | : |  |
| JOHN KERESTES, Superintendent, et al. | : |  |
| Respondents | : |  |

# O R D E R

Before the Court in the captioned action is a September 9, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 30th day of September 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Saporito (Doc. No. 4).

2) This case shall be **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d). *See Reinhold v. Rozum*, No. 07-1997, 2007 WL 4248273 (M.D. Pa. Nov. 30, 2007); *Wright v. Tennis*, No. 06-1997, 2007 WL 121855 (M.D. Pa. Jan. 11, 2007); *Wright v. Diguglielmo*, No. 07-435, 2007 WL 1437491 (E.D. Pa. May 14, 2007).

3) The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania